RE: TRANSCRIPT RATES
2023 OK 93
Decided: 09/25/2023
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2023 OK 93, __ P.3d __

 

 

ORDER SETTING TRANSCRIPT FEES

Pursuant to Okla. Const. Art. VII, §4 and §6, and 20 O.S. §106.4

¶1 For the preparation of a transcript from shorthand notes or recording device the court reporter is entitled to receive compensation at the following per page fee:

 
 
 
 OFFICIAL TRANSCRIPT
 
 
 PER PAGE FEE
 
 
 
 
 
 
 Standard Rate - Original and First Two Copies
 
 
 $5.00
 
 
 
 
 Additional Paper Copies--regular rate
 
 
 $2.00
 
 
 
 
 Additional Paper Copies -- purchased by the Court Fund, District Attorney or any other State of Oklahoma Entity 
 
 
 $0.25
 
 
 
 
 Differential Page Rate
 (for creating an original official transcript from the notes of another court reporter or by listening to an audio recording made with no court reporter present) 
 
 
 $7.00
 
 
 

¶ 2 "Preparation of a transcript" at the above rates shall include an electronically transmitted copy of the transcript, to be provided by the court reporter to the purchasing party, upon request, at no additional cost. When a transcript is purchased by the Court Fund, District Attorney, or other State of Oklahoma entity, an electronically transmitted copy shall be provided upon request, at no additional cost, to the Judge, District Attorney and to each separately represented indigent party in the case. This Order supersedes SCAD-2020-2 issued on January 13, 2020, and increases the rate specified for additional paper copies purchased by the Court Fund, District Attorney, or other state entity.

¶3 The term "court reporter" means official court reporters employed or contracted in the district courts, and freelance reporters covering any district court proceeding pursuant to 20 O.S. §106.4

¶4 The per page fees set forth above shall apply to official transcripts prepared pursuant to 20 O.S. §106.4

¶5 The effective date of this order is the 1st day of November, 2023.

DONE BY ORDER OF THE OKLAHOMA SUPREME COURT IN CONFERENCE this 25th

/S/CHIEF JUSTICE

Kane, C.J., Rowe, V.C.J., Kauger, Edmondson, Combs, Gurich, Darby and Kuehn, JJ., concur;

Winchester, J., not voting.